# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

USA
_____ )
_____ )
_____ )
                Plaintiff )
    vs.                    )   No. __12-187M__
Herndon                    )
_____ )
_____ )
                Defendant )

HEARING ON __Preliminary Exam__

Before U. S. Magistrate Judge __Eddy__

__Stephen Kaufman__                __Mark Rush__

Appear for Plaintiff              Appear for Defendant

Hearing Begun __9:30  3/27/2012__    Hearing Adjourned to __10:35 - 11:45__

Hearing concluded C.A.V. __11:45 - 1:25__   Stenographer __Sandy Wenger__
                                            CD:        Index:

WITNESSES

For ~~Plaintiff~~ Government              For Defendant

1. Robert Veinovich Jr              1. Mary Swope

Exhibits                            Exhibits
1. Complaint/Affidavit              A1 - A-16
                                    B1 - B-21
                                    C1 - C-18

\* Judge found probable cause exist.

                                    Tape Recording of "Craig and Herndon"
                                    tape Recording of "Price and Herndon"